IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EUGENE CARSON, | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:19-CV-228-WKW |
| ALAN COHEN, | ) |
| Respondent. | ) |

## **ORDER**

On April 18, 2022, the Magistrate Judge filed a Recommendation (Doc. # 18) to which no timely objections have been filed.  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 18) is ADOPTED.

2. Petitioner's petition for writ of habeas corpus (Doc. # 1) is DENIED.

A final judgment will be entered separately.

DONE this 12th day of May, 2022.

                                                      /s/   W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE